```
                    UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SHERELL M. JAMISON, | : | **CIVIL NO. 1:09-CV-01289** |
| Plaintiff | : | (Chief Judge Kane) |
| v. | : | (Magistrate Judge Smyser) |
| CITY OF YORK, *et al.*, | : | |
| Defendants | : | |

## **REPORT AND RECOMMENDATION**

By Order of February 1, 2010 (Doc. 34), the discovery dispute involving the deposition of the plaintiff was referred to me. That Order also provided that "the deadline to submit supplemental briefs regarding Defendants' motions to dismiss is **STAYED** pending Judge Smyser's resolution of the above-referenced discovery dispute." By Order of February 1, 2010 (Doc. 35), the deposition of the plaintiff was ordered. By letter of February 18, 2010, counsel confirmed the completion of the

deposition of the plaintiff. Accordingly, it is recommended that the stay entered on February 1, 2010 be terminated.

                                          ***/s/ J. Andrew Smyser***
                                          J. Andrew Smyser
                                          Magistrate Judge

Dated: February 23, 2010.