IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERELL M. JAMISON,** | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | |
| | : | NO. 09-1289 |
| | : | |
| **TROPPER KEPPEL, et al.,** | : | |
| **Defendants** | : | |

# O R D E R

**AND NOW**, this 10th day of May 2013, upon consideration of Defendant Trooper Keppel's Motion for Summary Judgment (Doc. No. 69), Plaintiff's Response thereto (Doc. No. 74), and Defendant Trooper Keppel's Reply (Doc. No. 75), **IT IS HEREBY ORDERED** that:

1. Defendant Trooper Keppel's Motion for Summary Judgment is **GRANTED**;

2. Defendant Jane Doe is **DISMISSED** as a party to this action;

3. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.