# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| SHERELL M. JAMISON <br> *Plaintiff* <br> v. <br> CITY OF YORK, ET AL. <br> *Defendant* | ) ) ) ) ) Civil Action No. 1:CV-09-1289 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Pursuant to the Memorandum and Order dated 5/10/13, IT IS ORDERED AND ADJUDGED that summary judgment be and is hereby entered in favor of Defendant, Trooper Keppel and against Plaintiff, Sherell M. Jamison.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Lawrence F. Stengel on a motion for summary judgment.

Date: *May 14, 2013*

CLERK OF COURT

*[signature]*
Signature of Clerk or Deputy Clerk